IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTINE E. CHRISTENSEN,

    Plaintiff,

vs.                                    CASE NO. 5:07cv154/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Pursuant to sentence four of 42 U.S.C. §405(g), the decision of the Commissioner of Social Security is **reversed,** and the Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

3. The clerk is directed to close the file.

**ORDERED** on September 9, 2008.

        /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**